## Warwick & Coventry Water Company *vs.* Town Treasurer of West Greenwich.

### PROVIDENCE—DECEMBER 16, 1903.

Present: Stiness, C. J., Douglas and Dubois, JJ

(1) *Taxation.   New Trial.   Issues to Jury.*

In an action of assumpsit to recover taxes paid under protest as having been illegally assessed, all questions of fact involving the validity of the tax assessments complained of, raised by the pleadings, were properly in issue and should have been submitted to the jury for their determination under suitable instructions, and it was error to restrict the issue to the mere question of excessive taxation.

Assumpsit to recover taxes paid under protest, as having been illegally assessed. Heard upon plaintiff's petition for a new trial, and petition granted.

(1)	Per Curiam. All questions of fact involving the validity of the tax assessments complained of, raised by the pleadings, were properly in issue and should have been submitted to the jury for their determination under suitable instructions. As the issue in the case was restricted by the presiding justice at *nisi prius* to the mere question of excessive taxation, a new trial must be had.

Case remanded to the Common Pleas Division for further proceedings.

*John J. Arnold*, for plaintiff.

*George T. Brown, Elmer J. Rathbun*, for defendant.